# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CHOICE HOTELS INTERNATIONAL, INC ,  
a Delaware corporation,  
10750 Columbia Pike  
Silver Spring, Maryland 20901

                    Plaintiff

      v.                                    Case No : _____

RADHA KRISHNA, INC ,  
an Ohio corporation,  
SERVE.      Pramod Patel, Registered Agent  
              1715 W. North Street  
              Springfield, OH 45504

      and

HIRAL PATEL  
1026 Mill Circle  
Alliance, OH 44601

                    Defendants

## APPLICATION TO CONFIRM ARBITRATION AWARD

Plaintiff Choice Hotels International, Inc ("Choice"), by and through undersigned counsel, hereby moves this Honorable Court for an order confirming the arbitration award entered in favor of Choice and against defendants Radha Krishna, Inc and Hiral Patel ("Defendants") and entering judgment in favor of Choice  In support of that motion, Choice states as follows.

1      Choice filed a claim against Defendants with American Arbitration Association ("AAA"), Case Number 16 114 00741 06

2      The arbitration award in AAA proceeding number 16 114 00741 06, which is attached hereto as an exhibit, disposed of all claims and awarded Choice the sum of one hundred

ninety-five thousand, eight hundred forty dollars ($195,840.00) and nine thousand, three hundred eighty dollars ($9,380 00) for costs

3. Pursuant to §13 of the Federal Arbitration Act, Choice attaches copies of the arbitration agreement (Exhibit 1) and the arbitration award (Exhibit 2).

In light of the foregoing and the attached, Choice Hotels International, Inc respectfully requests that the arbitration award attached hereto be confirmed, and that judgment be entered in favor of Choice in the amount of two hundred five thousand, two hundred twenty dollars ($205,220 00), plus post-judgment interest until paid

Respectfully submitted,

*Shellie F. Tier*

Shellie F Tier
10750 Columbia Pike, 5th Floor
Silver Spring, MD 20901
(301) 592-5191

Attorney for Plaintiff
Choice Hotels International, Inc

### GROUNDS AND AUTHORITIES IN SUPPORT OF APPLICATION TO CONFIRM ARBITRATION AWARD

1. United States Arbitration Act, 9 U S C Sections 9, 13;

2. The record herein

*Shellie F. Tier*

Shellie F Tier